UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.13-60289-CIV-ROSENBAUM/HUNT

DIAMOND A. KJELLBERG

     Plaintiff,

v.

PINNACLE ASSET GROUP, LLC.,

     Defendant.

_____/

## NOTICE OF PENDING SETTLEMENT

Plaintiff, through undersigned counsel, hereby submits this Notice of Pending Settlement and states the following:

1. Plaintiff's counsel has had ongoing settlement discussions with Defendant's counsel.

2. Plaintiff and Defendant's counsel have reached a settlement regarding this case and have executed the settlement documents.

3. Upon receipt and clearance of the settlement funds, Plaintiff will file the appropriate dismissal document with the Court.  Plaintiff requests until June 15th, 2013 to file her Final Order of Dismissal or, in the alternative, to file their Joint Discovery Plan and Conference Report.

Dated: May 20th, 2013

Respectfully submitted,

JENNIFER M. COLSON, ESQ.
Attorney for Plaintiff
Post Office Box 50028

Lighthouse Point, Florida 33064
Telephone: (954) 784-2290
Facsimile: (954) 784-2770
jcolson@jennifercolsonpa.com

s/Jennifer M. Colson
Jennifer M. Colson, Esq.
Florida Bar No. 047783

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.13-60289-CIV-ROSENBAUM/HUNT

DIAMOND A. KJELLBERG

     Plaintiff,

v.

PINNACLE ASSET GROUP, LLC.,

     Defendant.

    _____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 20th, 2013, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                            s/Jennifer M. Colson
                            Jennifer M. Colson, Esq.

## SERVICE LIST

Barbara Fernandez
Hinshaw & Culbertson LLP
2525 Ponce de Leon Blvd.
Coral Gables, FL 33134
bfernandez@hinshawlaw.com