## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
Case No.13-60289-CIV-ROSENBAUM/HUNT

DIAMOND A. KJELLBERG

      Plaintiff,

v.

PINNACLE ASSET GROUP, LLC.,

      Defendant.

_____/

### JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

      Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and having amicably resolved all matters in controversy, the parties jointly stipulate to a Dismissal with Prejudice of this action with each party to bear its own attorney's fees and costs except as otherwise agreed by the parties.

s/Barbara Fernandez
Barbara Fernandez
Attorney for Defendant
Hinshaw & Culbertson LLP
2525 Ponce de Leon Blvd.
Coral Gables, FL 33134
bfernandez@hinshawlaw.com

s/Jennifer Colson
Jennifer Colson
Attorney for Plaintiff
Law Office of Jennifer Colson, P.A.
P.O. Box 50028
Lighthouse Point, FL 33064
jcolson@jennifercolsonpa.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.13-60289-CIV-ROSENBAUM/HUNT

DIAMOND A. KJELLBERG

    Plaintiff,

v.

PINNACLE ASSET GROUP, LLC.,

    Defendant.

_____/

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that on June 11th, 2013, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

        s/Jennifer M. Colson
        Jennifer M. Colson, Esq.

## SERVICE LIST

Barbara Fernandez
Hinshaw & Culbertson LLP
2525 Ponce de Leon Blvd.
Coral Gables, FL 33134
bfernandez@hinshawlaw.com