UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-60289-CIV-ROSENBAUM/HUNT

DIAMOND A. KJELLBERG,

    Plaintiff,

v.

PINNACLE ASSET GROUP, LLC,

    Defendant.

_____/

**FINAL ORDER OF DISMISSAL WITH PREJUDICE**

This matter is before the Court upon the parties' Joint Stipulation for Dismissal with Prejudice [D.E. 12]. Pursuant to Rule 41(a)(1)(A)(ii), Fed. R. Civ. P., it is hereby **ORDERED and ADJUDGED** that the parties' stipulation is approved, and the above-styled case is hereby **DISMISSED WITH PREJUDICE**. Each party is to bear its own attorneys' fees and costs except as otherwise agreed by the parties. To the extent not otherwise disposed of, all pending motions are hereby **DENIED AS MOOT**. The Clerk is directed to **CLOSE** this matter.

**DONE and ORDERED** in Fort Lauderdale, Florida, this 12th day of June 2013.

_____
ROBIN S. ROSENBAUM
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of record